MARCH 3, 1975†

No. 74-552. JEWELL ET AL. v. DOCKING, GOVERNOR OF KANSAS, ET AL. Affirmed on appeal from D. C. Kan.

---

*See also first note, *supra*, p. 940.

†MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following: